

# Fourth Court of Appeals
## San Antonio, Texas

June 9, 2015

No. 04-15-00057-CV

**IN THE INTEREST OF L.A.A., A CHILD,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-17882
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

 Counsel for appellant Dawn Renee Garza has filed a motion to withdraw as counsel. The motion complies with Texas Rule of Appellate Procedure 6.5. The motion is GRANTED. *See* TEX. R. APP. P. 6.5.

 Appellant is advised that her brief is due on **July 24, 2015**.

_____
Karen Angelini, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court